IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JONATHAN TAYLOR, | ) | 1:09cv1291 DLB |
| | ) | |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

    On July 13, 2009, Plaintiff, proceeding through counsel and in forma pauperis, filed the present action for judicial review of the denial of Social Security benefits. On July 14, 2009, the Court issued summons along with instructions for completing and returning service documents to allow service by the United State Marshal. Plaintiff has not returned the service documents and there is no indication that the complaint has been otherwise served.

    Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to properly serve the complaint. Plaintiff may comply with this order by filing a proof of service indicating that the complaint and summons were properly served OR by

1

1  completing and returning the service documents, within thirty (30) days of the date of service of this
2  order.
3      Failure to comply with this order will result in dismissal of this action.
4
5      IT IS SO ORDERED.
6      Dated:   October 29, 2009                    /s/ Dennis L. Beck
                                               UNITED STATES MAGISTRATE JUDGE

2