# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNATHAN TAYLOR, | ) | 1:09cv1219 DLB |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| Plaintiff, | ) | TO SHOW CAUSE |
| | ) | (Document 7) |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On July 13, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

      On November 2, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to properly serve the complaint.

      On December 3, 2009, Plaintiff filed a response to the order to show cause.  Plaintiff's counsel states that after the Order to Show Cause, service by certified mail was sent to all three of Defendant's locations.  As of November 27, 2009, Defendant had acknowledged delivery at all locations.

      Plaintiff's counsel has failed to explain the "erroneous delay" or provide any cause for the failure to properly serve the complaint in a timely manner.  Counsel's response to the order to show cause is less than adequate.  However, as public policy favors disposition of cases on their

1

merits and the complaint has now been served, the order to show cause issued on November 2, 2009, is DISCHARGED.

IT IS SO ORDERED.

**Dated:** **December 4, 2009**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE