# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN TAYLOR,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | CASE NO.   1:09-cv-1219 SKO<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF<br><br>(Doc. 17) |

This matter is before the Court upon Plaintiff's unopposed request for an extension of time to August 11, 2010, to file his reply brief. (Doc. 17.) Accordingly, it is ORDERED that Plaintiff shall file and serve his reply brief **by no later than August 11, 2010**.

IT IS SO ORDERED.

**Dated:   August 6, 2010**                              **/s/ Sheila K. Oberto**
                                                                     UNITED STATES MAGISTRATE JUDGE